# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**AL HOLIFIELD**,

        Plaintiff,

v.                                     **Case No. 16-cv-1291-pp**

**JONATHAN RIVAMONTE, et al.**,

        Defendants.

---

## DECISION AND ORDER REQUIRING PLAINTIFFS CORA AND EDWARD HOLIFIELD TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 11

---

On September 27, 2016, the court received a complaint with three plaintiffs identified in the caption: Al A. Holifield, Cora Holifield, and Edward Holifield. Dkt. No. 1. Only Al Holifield signed the complaint. Id. at 16.

Rule 11 of the Federal Rules of Civil Procedure states, "Every pleading [(e.g., a complaint)], written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." That means that any party proceeding without a lawyer to represent that party must sign every document filed in this court—an unrepresented plaintiff may not sign on behalf of another unrepresented plaintiff. See Lewis v. Lenc-Smith Mtg. Co., 784 F.2d 829, 831 (7th Cir. 1986); Fed. R. Civ. P. 11.

The court advises plaintiffs Cora and Edward Holifield that their complaint does not comply with the requirements of Rule 11. If Cora and Edward Holifield want to proceed as plaintiffs in this case, they must each sign

1

the complaint, and must file a copy of the complaint which bears *all three signatures*—Al Holifield's, Cora Holifield's, and Edward Holifield's—by **November 4, 2016**. If Cora and Edward Holifield fail to sign and file the complaint by the deadline, the court will not allow them to proceed as plaintiffs in this case. If they do not want to proceed as plaintiffs in this lawsuit, they do not need to take any further action.

The court **ORDERS** that, if plaintiffs Cora and Edward Holifield want to proceed as plaintiffs in this case, they must, by **November 4, 2016**, file a copy of the complaint which bears both of their signatures (and the date on which they signed). Failure to do so will result in the court dismissing them from this lawsuit.

The Clerk of Court will mail a copy of this order and the complaint to Cora and Edward Holifield at 1544 W. Groeling Avenue, Milwaukee, Wisconsin, 53206.

Dated in Milwaukee, Wisconsin this 14th day of October, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge